UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE COMMODITY EXCHANGE, INC.,
SILVERS FUTURES AND OPTIONS
TRADING LITIGATION
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/13

11 **MD** 2213 (RPP)

**JUDGMENT**

Whereas in an Opinion and Order dated December 21, 2012, the Court having granted Defendants' motion to dismiss; the Court having gave Plaintiffs thirty days to show why leave to replead is necessary and the Court also having denied Plaintiffs' motion to compel limited discovery; on January 22, 2013, Plaintiffs having filed a Motion for Leave to File an Amended Consolidated Class Action Complaint, and the matter having come before the Honorable Robert P. Patterson, Jr., United States District Judge, and the Court, on March 15, 2013, having rendered its Opinion and Order denying Plaintiffs' Motion to File an Amended Consolidated Class Action Complaint and dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2013, Plaintiffs' Motion to File an Amended Consolidated Class Action Complaint is denied and the action is dismissed.

**Dated:** New York, New York
March 25, 2013

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY:
_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____